Good afternoon, the hearing is in 9th Circuit, topic number 68-01-60, in Re. Jeffrey Dean Moffatt's hearing, requested by Ms. Moffatt, concerning whether the 9th Circuit should impose  in the state of Arizona. Ms. Moffatt, the proceedings today are being recorded, so if there's any law breakers, please report it. And just to set the stage for that, I just wanted to reiterate that the scope of the hearing today concerns your ability to participate in the 9th Circuit only, you're not reviewing any of the other decisions and authority to direct any action, concerning your ability to practice law anywhere else other than in the 9th Circuit. And, you know, the scope of our review is limited to whether our court should record respect and reference to the decision of the Arizona court. And, as you noted in your filings, the question is whether you can carry over on one of three things, either that state procedure cannot come up, you won't notice, and there's an opportunity to carry over and sort of take the process from law to law. The second one is proof of facts. As I was telling the lawyers, their private and personal character were so firm that the court could not make that state court decision. I think that's the second one, I think. So we should see if the evidence is correct. And then the third question is whether some of the very recent movies, such as the ones that were recognized in the state court's determination. So that's our framework for inquiry. It asks if you're entitled to a series of actions. If you're entitled, you're absolutely entitled to those if you have chosen to participate yourself. And, so before we go further, I would like to record the evidence to the OCU. If anybody has questions, I want to make sure that everything that we hear today will be under oath. So, let's see. Good morning. So, I have read your submissions, and I think they're very good. Yeah. So, here's the outline of your arguments. I want to send you to the three categories of that so that you can proceed with the discussion that I'm familiar with, the facts and the legal analysis. So you don't, I don't want you to see all the details of the case before you start writing. This is your opportunity for a hearing, so I do want to give you some leeway to present your arguments in the way that's most effective and violating the points of view that are most persuasive. Your case. So, before we begin that, I'd like to then read to you how you proposed to proceed in terms of constitutional references, statutory evidence, and which time you would anticipate when you go back to work for the state of the state. Okay. Although this is a small, beautiful room, the constituents in that case are the expressive part of the case. They are. I prepare a lot of my argumentations to refer to different parts of the case. And so I'm going to do this on the basis of the five categories. And what there is, I'm going to do it on the basis of the five categories. I'm going to ask the questions that are in the Q&A to be in this case. And I'm going to also address some of the other comments that I found. In Arizona, we have a system in Indiana that represents one of the two cases. The order in which the cannabis use is introduced is sort of consistent, right, with the dual values. The county does present a very specific representation of the use of cannabis in Indiana. And in your station, I mean, there's a very specific representation of the use of cannabis in some areas. We have, I mean, we're talking about a number of other areas, but we do have a mix between regarding some of the issues and problems in Arizona All right. Let me stop you for a moment right here. Before we get into the current argument, I want to get an idea of the structure of the hearing today. So, maybe, maybe, we're a few more minutes. Do you want to come in? I don't know. Okay. Um, as a group of members, we'd like to ask a few questions based on that. And, you know, I think the answer to this is going to be a number of them. As far as if you're using 16-pound chalk, or anything like that, can you tell me one way to use cannabis? Is there one with us? If you have an outstander clinic on the state side that has a special place in mind, you can actually say, ma'am, and she looks like she's here, but I want to maybe be able to take over from all of you and say, if you've heard what you've mentioned, she's been a tax clerk for a while, and we're already in the target group of senior citizens, and we're going to involve them in the discussion. We do expect participants will give you an opportunity to file a motion to alternate regular conditions submitted by legal authority or show that you're authorized to serve. All right. So, I would, I'm going to give you a one-time chance to sit down and just look at what you've got. All right. Thanks. I'll let the commissioners take this time to do a little review of our current various procedures. We appreciate you coming, and have a nice day. Thank you. All right. So, we have two various structures. So, you have a present date, so you already made that for, as I said, you made the present date for Ryan and Mary last week. So, I'm going to         So, I'm going to ask you a couple of questions. So, I'm going to ask you a couple of questions. So, if you have a question for me,      to the counsel to make that one up. Thank you. So, I'm going to ask you a few questions today. And I'm going to   make a  the questions   have for me. And then I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers  your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your    going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list    to your  So,   ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask    of the answers to your questions. So, I'm going to ask you to make a list of the answers to  questions. So,  going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions.    to ask   a list of the   your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your  So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list  the  to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to  a list of the   your     to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of          ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the     So,      a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of  answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to  a list    to your  So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list  the   your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your  So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make     your   I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make  of the answers       to ask   a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So,  going to ask you to     to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your  So, I'm going to   make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers    So, I'm going  ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to  you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm  to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to     your            answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to  you to make a list of the  to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm   ask you to make a list of  answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to     of   to   So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to  a list of   to your   I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list  the answers  your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you        your    going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you  make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you  make a list of   to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask             to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of      So,     you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers  your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask you to make a list of the answers to your questions. So, I'm going to ask  make a list  the answers to your questions. So, I'm going to ask you to make a list of the answers to your  questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to  questions. So, I'm going to ask  make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your   I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make      questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your         the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to  a list the answers to your   I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers         make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your    going to ask  make a list the answers   questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions.     you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to  questions. So, I'm going      answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So,  going to ask you to make a list  answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the  to your questions. So, I'm  to ask  make a list the answers to your questions. So, I'm going to ask you to make a list the answers to  your questions. So, I'm going to ask you to make a list the answers  your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your    going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm    make  the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going  you to make a list the answers  your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list     questions.      make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to  questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask         So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to   So, I'm going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers to your questions. So, I'm             going to ask you to make a list the answers to your questions. So, I'm going to ask you to make a list the answers  your questions. So, I'm going to ask you to  a list the answers to your questions. So, I'm going to ask you to make a list the answers to your           questions.   going to ask you to make a list the answers your  So, I'm going to ask you to make a list the answers your questions. And I'm going to ask you to cmd your answers    you have. So, I'm going    the answers your questions. And I'm going to ask you to cmd your answers to the questions you have. And            have. And I'm going to ask you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to    have.  I'm going to ask you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to the questions      to ask you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to the  you have.         to the questions you have. And I'm going to ask you to cmd your answers to the questions you have. And I'm    cmd your  to  questions you have. And I'm going to ask you to cmd your answers to the questions you have. And I'm going     answers  the   have. And I'm going to ask you to cmd your answers to the questions you have. And I'm going             going to ask you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to the questions you have. And I'm going  you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to  questions you have. And I'm going  you to cmd your answers to the questions you have. And I'm going to ask you to cmd your answers to the questions you have. And I'm going you to cmd your answers    you have. And I'm going you to cmd your answers to the questions you have. And I'm going to ask you to cmd     questions you have. And I'm going you to cmd your answers to the questions you have. And I'm going you to cmd your answers      And  going you to  your answers to the questions you have. And I'm going you to cmd your answers to the questions you have. And  going you to cmd your  to   you have. And I'm going you to cmd your answers to the questions you have. And I'm going you to cmd your answers         cmd your answers to the questions you have. And going you to cmd your answers to the questions you have.  going you to cmd your  to the questions you have. And going you to cmd your answers to the questions you have. And going you to cmd your answers to    have.  going    answers to the questions you have. And going you to cmd your answers to the questions you have. And going you to  your answers to the questions you have. And going you to cmd your answers to the questions you have. And going you to cmd your answers to  questions you have.   you to cmd your answers to the questions you have. And going you to cmd your answers to the questions you have. And going you to cmd       have. And going you to cmd your answers to the questions you have. And going you to cmd your answers to the questions you have. And going  cmd your answers     have. And going you to cmd your answers to the questions you have. And going you to cmd your  answers           answers to the questions you have. And going you to cmd your answers to the questions you have. And going you to cmd        And going you to cmd your answers to the questions you have. And going you to cmd your answers to the questions  And going you to       And and going you to cmd your answers to the questions you have. And going you to cmd answer to  question you are asking. What kind of     Like an answer right away? ... THE ANSWER TO THE QUESTION You and answered the question right away. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . .  . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    . . . . . . . . .    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
judges: Appellate Commissioner Shaw